K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Jason Sewell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SEWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>C & B BOYD PROPERTIES, a California Limited Partnership, et al.<br><br>    Defendants. | No.  2:12-CV-00788-WBS-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Jason Sewell and Defendant Tata Foods Corporation dba Denny's Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 20, 2012                                  MOORE LAW FIRM, P.C.


                                                     /s/Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff Jason Sewell

///

///

*Sewell v. C & B Boyd Properties, a California Limited Partnership, et al.*
Stipulation for Dismissal; [Proposed] Order
Page 1

Date: June 18, 2012                                            GORDON & REES LLP

/s/ Brett T. Moroney
Brett T. Moroney
Attorneys for Defendant Tata
Corporation dba Denny's Restaurant

### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated:  June 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Sewell v. C & B Boyd Properties, a California Limited Partnership, et al.*
Stipulation for Dismissal; [Proposed] Order